UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br>Daniel Blumenthal<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Daniel Blumenthal, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/~~are~~] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Daniel Blumenthal, is a resident and citizen of the State of Mississippi and claims damages as set forth below.

3. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~ *~~[Cross out Spousal Claim if not applicable.]~~*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is **USDC SD of MS**.

6. Plaintiff brings this action *[check the applicable designation]*:

**X** On behalf of [himself/~~herself~~];

___ ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*~~[Cross out if not applicable.]~~*

## FACTUAL ALLEGATIONS

7. On or about **June 6, 2019**, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/~~her~~] surgery at the **Madison Physician's Surgery Center, 401 Baptist Dr** [medical center and address], in **Madison, MS** [city and state], by Dr. **Robert Mehrle**.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). ~~The Pathogen identified was _____ (**if known**)~~.

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone **left knee explant w/antibiotic spacer placement** ~~[Describe treatment(s) received, e.g.,~~

2

~~revision arthroplasty, wound vac treatment, multiple staged procedures, etc.]~~ on or about __11/25/19__, at __Baptist Memorial Hospital, 1225 North State St.__ [medical center(s) and address(es)] by Dr(s). __Robert Mehrle__. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

    __X__  INJURY TO ~~HERSELF~~/HIMSELF

    ____  ~~INJURY TO THE PERSON REPRESENTED~~

    ____  ~~WRONGFUL DEATH~~

    ____  ~~SURVIVORSHIP ACTION~~

    __X__  ECONOMIC LOSS

    ~~(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]~~

    ____  ~~LOSS OF SERVICES~~

    ____  ~~LOSS OF CONSORTIUM~~

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

    __X__  FIRST CAUSE OF ACTION - NEGLIGENCE;

    __X__  SECOND CAUSE OF ACTION - STRICT LIABILITY;

    __X__  FAILURE TO WARN

    __X__  DEFECTIVE DESIGN AND MANUFACTURE

| | |
|---|---|
| X | THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY; |
| X | FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF Mississippi, MS Code §§ 75-2-314; |
| X | FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT; |
| X | SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT; |
| X | SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT; |
| X | EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT; |
| X | NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF Mississippi, Miss. Code Ann. §§ 75-24-5 et seq.; ; |
| X | TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION; |
| X | ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION; |
| X | TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT; |
| ~~—~~ | ~~THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM~~; and |
| X | FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT. |

~~In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:~~

4

_____
_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 4/11/2025

Respectfully submitted,

*/s/ Joseph Fantini*
Joseph J. Fantini, Esq.
Pennsylvania Bar ID No. 307833
Rosen Injury Lawyers
101 Greenwood Avenue
Suite 510
Jenkintown, PA 19046
Phone: (215) 310-9649
Facsimile: (215) 989-4424
jfantini@roseninjurylawyers.com

*Attorney for Plaintiff*